People v Brandon S. (2025 NY Slip Op 07102)

People v Brandon S.

2025 NY Slip Op 07102

Decided on December 18, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 18, 2025

Before: Webber, J.P., Gesmer, González, Pitt-Burke, Higgitt, JJ. 

Ind No. 2663/17 2664/17 357/19|Appeal No. 5402|Case No. 2020-01447|

[*1]The People of the State of New York, Respondent,
v
Brandon S., Defendant-Appellant. 

Twyla Carter, The Legal Aid Society, New York (Danielle A. Bernstein of counsel), for appellant.

Judgments, Supreme Court, Bronx County (Denis Boyle, J.), rendered January 8, 2020, convicting defendant, upon his pleas of guilty, of burglary in the second degree and robbery in the second degree (two counts), adjudicating him a youthful offender, and sentencing him to concurrent terms of 1 to 3 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharges and fees imposed on defendant at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharges and fees
imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People do not oppose this relief.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 18, 2025